Anshu Pathak
25517 Los Cabos Drive,
Moreno Valley, CA 92551
Phone 951-657-7299 - Fax 951-657-6599
E-Mail:anshupathak@aol.com

LODGED

2011 JAN 20 PM 3: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

ANSHU B. PATHAK, An Individual )  CASE # ED CV 10 – 01685 VAP (OPx)
)
Plaintiff )  **JUDGMENT**
)
Nexstep Inc., a WI Corporation; )
Defendants and DOES 1 through 10, inclusive )

FILED
CLERK, U.S. DISTRICT COURT
JAN 26 2011
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

The court having been informed by Plaintiff that Defendant has transferred the domain name to Plaintiff and agreed to pay undisclosed amount as agreed, this action has been resolved, that is hereby

ORDERED that this action is dismissed with prejudice.

Dated January 26, 2011.

_____
Hon. Judge Virginia A Phillips

Page | 1